IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES P. CARDA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government shall respond to defendant's motion for return of seized property (filing 34) on or before November 3, 2005.

October 24, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge