IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES P. CARDA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for return of seized property (filing 34) is granted. The plaintiff shall return the firearms, ammunition and assorted hunting-related items listed in filing 34 to defendant's mother, Judith Carda.

October 27, 2005.                                    BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge